

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-15-00670-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

James E. **MONNIG**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

No. 04-15-00789-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

John A. **MEAD**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' unopposed third joint motion for extension of time to file brief is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.



Keith E. Hottle
Clerk of Court